FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

In re *DM Products Company, Inc.,*

Case No. *04-14939-CJK*
Chapter  7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 384,669.27 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 530,886.85 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 3 | | $ 9,265.85 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $ 1,133,371.45 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| Total Number of Sheets in All Schedules ► | | 36 | | | |
| Total Assets ► | | | $ 384,669.27 | | |
| Total Liabilities ► | | | | $ 1,673,524.15 | |

FORM B6A (6/90) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor    Case No._04-14939-CJK___

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | $ 0.00 | $ 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** (Report also on Summary of Schedules.) | _0.00_ |

No continuation sheets attached

FORM B6B (10/89) West Group, Rochester, NY

In re *DM Products Company, Inc.* _____ / Debtor     Case No. *04-14939-CJK*
                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Petty Cash located at 308 Hingham Street, Rockland, MA* <br> *Location: In debtor's possession* | | $ 22.70 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Operating Account/Check Account Balance at Abington Savings Bank as of 7/20/04 - Account No. 333030922* <br> *Location: In debtor's possession* | | $ 2,646.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Various oil paintings, prints and reproductions* <br> *Location: In debtor's possession* | | Unknown |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page   1   of   3

FORM B6B (10/89) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor        Case No. _04-14939-CJK_
                                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | | |
| 15. Accounts Receivable. | | _Balance per books as of 7/20/04 (Management believes 65,000 or more may be uncollectible_<br>_Location: In debtor's possession_ | | | $ 334,000.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | _Term Life Insurance Policy for Robert H. Davidson - No Surrender Value_<br>_Location: In debtor's possession_ | | | $ 0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Customized accounting software from Real World and Synchrosis purchased in 1998 as part of computer hardware and software installation. Purchase price entirety = $25,000_<br><br>_Window and Office software_<br><br>_Potential Offer from Competitor_<br>_Location: In debtor's possession_ | | | Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1995 GMAC Ventura_<br>_Location: In debtor's possession_ | | | Unknown |
| | | _Autos - truck - 1995 International 4700 Diesel Box Truck_<br><br>_Location: In debtor's possession_ | | | Unknown |

FORM B6B (10/89) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor   Case No. _04-14939-CJK_
                                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | _Office Equipment - furniture to outfit 10 offices and 9 cubicles; 4 mobile cubicle partitions; A/C unit; approximately 13 computer work stations and printers_ _Location: In debtor's possession_ | | _Unknown_ |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | | _None - scrap aluminum, plates and film_ _Location: In debtor's possession_ | | _$ 0.00_ |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _Keyman term life insurance covering Robert Davidson policy with SBLI -_ _Location: In debtor's possession (may have lapsed)_ _Intercomopany receivable due from Davidson Family Trust for payment of obligations associated with leased premises beyond tenant's obligations under lease_ | | _$ 48,000.00_ |

Total ➤   | _$ 384,669.27_

Page _3_ of _3_

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6D (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____/ Debtor     Case No. _04-14939-CJK_

(if known)

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Business Alliance Capital Corp* *Attn: Larry Kamin, V.P.* *214 Carnegie Center, Ste. 202* *Princeton NJ 08540* | X | *January 20, 3003* *Loan and Security Agreement* *Loan in original amount of $1,500,000 secured by lien on all assets.* <br> Value: *$ 334,000.00* | | | | $ 125,792.85 | $ 0.00 |
| Account No: *Creditor # : 2* *Robert H. Davidson* *151 Longwater Drive* *Hanover MA 02339* | | *Secured Loan Agreement* *Loan junior to Business Alliance Capital Corp., secured by all assets.* <br> Value: *$ 334,000.00* | | | | $ 405,094.00 | $ 196,886.85 |
| Account No: | | <br> Value: | | | | | |
| Account No: | | <br> Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)     530,886.85

Total $ (Use only on last page. Report total also on Summary of Schedules)     530,886.85

FORM B6E (4/04) West Group, Rochester, NY

In re _DM Products Company, Inc._____/ Debtor        Case No. _04-14939-CJK_

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_   continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re _DM Products Company, Inc._____/ Debtor    Case No. _04-14939-CJK_____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Wages, salaries, and commissions_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H–Husband W–Wife J–Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 1*  *Gerard Greene*  *109 High Street*  *Weymouth MA 02189* | | *Claim for comissions and vacation* | | | X | $ 6,000.00 | $ 4,925.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets attached to

Schedule of Creditors

Subtotal $ (Total of this page) | 6,000.00

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

FORM B6E (4/04) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor   Case No. _04-14939-CJK_ _____
(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 2_<br>_Internal Revenue Service_<br>_Andover MA 01810_ | | _941 Taxes_ | | | | $ 835.84 | $ 835.84 |
| Account No:<br>_Creditor # : 3_<br>_Internal Revenue Service_<br>_Spec. Proc. Func. STOP 20800_<br>_P.O. Box 9112, JFK Bldg._<br>_Boston MA 02203_ | | _FUTA (second quarter)_ | | | | $ 32.41 | $ 32.41 |
| Account No:<br>_Creditor # : 4_<br>_Mass. Dept. of Revenue_<br>_Bankruptcy Unit_<br>_P.O. Box 9484_<br>_Boston MA 02205_ | | _Sales_ | | | | $ 6.78 | $ 6.78 |
| Account No:<br>_Creditor # : 5_<br>_Mass. Div. of Unemploy. Asst._<br>_P.O. Box 3269_<br>_Boston MA 02241-3269_ | | _Unemployment contribution (April to June 30) (represents deferral from first quarter)_ | | | | $ 2,125.00 | $ 2,125.00 |
| Account No:<br>_Creditor # : 6_<br>_Mass. Div. of Unemploy. Asst._<br>_P.O. Box 3438_<br>_Boston MA 02241-3438_ | | _Health insurance program through unemployment_ | | | | $ 88.00 | $ 88.00 |
| Account No:<br>_Creditor # : 7_<br>_Massachusetts Dept. of Revenue_<br>_Bankruptcy Unit_<br>_P.O. Box 9484_<br>_Boston MA 02205_ | | _withholding_ | | | | $ 177.82 | $ 177.82 |
| Account No: | | | | | | | |

Sheet No. __2__ of __2__ continuation sheets attached to
Schedule of Creditors

| | Subtotal $ (Total of this page) | 3,265.85 |
|---|---|---|
| | Total $ | 9,265.85 |

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor    Case No. _04-14939-CJK_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br>**Creditor # : 1**<br>**A.L. Larsen Co., Inc.**<br>**660 Summer Street**<br>**Building 114**<br>**Boston MA 02210** | | | | | | | $ 61.99 |
| Account No:<br>**Creditor # : 2**<br>**Abington Savings Bank**<br>**Attn:  Diane Waters**<br>**533 Washington Street**<br>**Abington MA 02351** | | | | | | | $ 3,362.25 |
| Account No:<br>**Creditor # : 3**<br>**AGFA Corporation**<br>**Attn:  Ext. 7367**<br>**Dept. at 40083**<br>**Atlanta GA 31192** | | | | | | | $ 224,235.17 |
| Account No:<br>**Creditor # : 4**<br>**All Pro Graphic Supplies**<br>**104A No. Franklin Street**<br>**Hempstead NY 11550** | | | | | | | $ 67.11 |

_25_ continuation sheets attached

Subtotal $    227,726.52
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor   Case No. _04-14939-CJK_
                                                                              (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 5** Allied Pressrm Chemistry Suppl Attn:  954-920-0909 2040 Lee Street Hollywood FL 33020 | | | | | | | $ 398.97 |
| Account No: **Creditor # : 6** Alvin Hollis 1 Hollis Street Weymouth MA 02190 | | | | | | | $ 54.00 |
| Account No: **Creditor # : 7** Amergraph Corporation Rte 15 520 Lafayette Road Sparta NJ 07871 | | | | | | | $ 377.75 |
| Account No: **Creditor # : 8** Amergraph Corporation Route 15 520 Lafayette Road Sparta NJ 07871 | | | | | | | $ 0.00 |
| Account No: **Creditor # : 9** Andy's Express Co. Inc. 85 Rogers Street Quincy MA 02169 | | | | | | | $ 9,970.70 |
| Account No: **Creditor # : 10** Apple Computer, Inc. P.O. Box 60000 File #51926 San Francisco CA 94160-1926 | | | | | | | $ 385.95 |

Sheet No. _1_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     11,187.37
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 11<br>Artwaxer  Company<br>1035 E. Dodge Street Road<br>Freemont NE 68025 | | | | | | | $ 580.34 |
| Account No:<br>Creditor # : 12<br>Azerty Inc.<br>Attn:  Pete Perez X390<br>P.O. Box 828165<br>Philadelphia PA 19182 | | | | | | | $ 3,364.68 |
| Account No:<br>Creditor # : 13<br>B&H Specialties<br>P.O. Box 3063<br>Syracuse NY 13220 | | | | | | | $ 117.87 |
| Account No:<br>Creditor # : 14<br>Bartlett Hackett Feinberg. . .<br>Attn:  Dave Phalen<br>10 High Street, Suite 920<br>Boston MA 02110 | | | | | | | $ 10,923.09 |
| Account No:<br>Creditor # : 15<br>Base-Line<br>Attn:  800-872-0075<br>P.O. Box 94246<br>Seattle WA 98124-6546 | | | | | | | $ 4,072.73 |
| Account No:<br>Creditor # : 16<br>Basic Products Company<br>21 South Clark Street<br>Suite 3177<br>Chicago IL 60603 | | | | | | | $ 177.95 |

Sheet No. _2_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br>(Total of this page) | 19,236.66 |
| Total $ <br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor          Case No. _04-14939-CJK_____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Basysprint <br> Attn: Jill <br> 222A Impreglon Way <br> Fairburn GA 30213 | | | | | | | $ 2,594.58 |
| Account No: <br> Creditor # : 18 <br> BBA Nonwovens <br> Attn: Al <br> General P.O. Box 26065 <br> New York NY 10087-6065 | | | | | | | $ 8,577.49 |
| Account No: <br> Creditor # : 19 <br> Beatriz Davidson <br> 151 Longwater Drive <br> Hanover MA 02339 | | | Claim for Expense Reimbursement | | | | $ 25,767.04 |
| Account No: <br> Creditor # : 20 <br> Belmont & Crystal Springs <br> P.O. Box 530578 <br> Atlanta GA 30353-0578 | | | | | | | $ 296.13 |
| Account No: <br> Creditor # : 21 <br> Berkshire Westwood <br> P.O. Box 1399 <br> Holyoke MA 01041 | | | | | | | $ 15,700.24 |
| Account No: <br> Creditor # : 22 <br> Beta Screen Corporation <br> 707 Commercial Avenue <br> Carlstadt NJ 07072 | | | | | | | $ 110.95 |

Sheet No. _3_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    53,046.43
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  _DM Products Company, Inc._ _____ / Debtor     Case No. _04-14939-CJK_ _____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 23 Blue Hill Lincoln Mercury Attn:  Peter Hern 390 Turnpike Street, Rte. 138 Canton MA 02021 | | | | | | | $ 403.50 |
| **Account No:** Creditor # : 24 Brite Ideas, Inc. 200 Homer Avenue Ashland MA 01721 | | | | | | | $ 255.48 |
| **Account No:** Creditor # : 25 Burgess Industries Inc. Attn:  Jim Davis (AR) MI 90, P.O. 1150-90 Minneapolis MN 55480-1150 | | | | | | | $ 1,631.25 |
| **Account No:** Creditor # : 26 Bychrome Company Attn:  Carl Sant P.O. Box 1486 Springfield OH 45501 | | | | | | | $ 2,983.43 |
| **Account No:** Creditor # : 27 C/E/X Commercial Equipment Exchange 65 Avco Road, Unit D Haverhill MA 01835 | | | | | | | $ 0.00 |
| **Account No:** Creditor # : 28 Caprock Developments Inc. 475 Speedwell Avenue P.O. Box 95 Morris Plains NJ  07950 | | | | | | | $ 50.57 |

Sheet No.  _4_ of  _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     5,324.23

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor    Case No. _04-14939-CJK_

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 CDW Direct, LLC P.O. Box 75723 Chicago IL 60675-5723 | | | | | | | $ 7,130.08 |
| Account No: Creditor # : 30 Checkmaster Agency P.O. Box 702043 Dallas TX 75370 | | | | | | | $ 0.00 |
| Account No: Creditor # : 31 Citiplate Inc. Attn: Judy Cotter 1600 Stewart Ave, Ste. 201 Westbury NY 11590 | | | | | | | $ 0.00 |
| Account No: Creditor # : 32 CL Remittance Center Hartford CT 06183-1008 | | | | | | | $ 0.00 |
| Account No: Creditor # : 33 Coler & Colantonio, Inc. Attn: Doug Morrison 101 Accord Park Drive Norwell MA 02061-1685 | | | | | | | $ 0.00 |
| Account No: Creditor # : 34 Colorspan Corporation Attn: Sandy NW7077, P.O. Box 1450 Minneapolis MN 55485-7077 | | | | | | | $ 1,469.57 |

Sheet No. _5_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    8,599.65

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor     Case No. _04-14939-CJK_____
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | | H—Husband W—Wife J—Joint C—Community | | | | | |
| Account No: Creditor # : 35 Conversent Communications Attn: Estenia Parsons P.O. Box 3185431563 Hartford CT 06150-1563 | | | | | | | | $ 1,568.24 |
| Account No: Creditor # : 36 Crown Equipment Corp. P.O. Box 641173 Cleveland OH 45264-1173 | | | | | | | | $ 813.17 |
| Account No: Creditor # : 37 CSC P.O. Box 13397 Philadelphia PA 19101-3397 | | | | | | | | $ 298.00 |
| Account No: Creditor # : 38 DAA International Domenica Argenio Assoc. P.O. Box 651 West Paterson NJ 07424 | | | | | | | | $ 942.79 |
| Account No: Creditor # : 39 Dynagram 1010 Turquoise Street Suite 350 San Diego CA 92109 | | | | | | | | $ 0.00 |
| Account No: Creditor # : 40 Eastern Litho Attn: Susan McHale P.O. Box 27 Waban MA 02168 | | | | | | | | $ 1,627.70 |

Sheet No. _6_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 5,249.90
Total $ (Report total also on Summary of Schedules) |

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_ _____
                                                                    (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>Elder, Gaffey, and Paine<br>Attn:  E-FX419-7810535<br>420 Lakeside Avenue<br>Marlborough MA 01752 | | | | | | | $ 64,300.00 |
| Account No:<br>Creditor # : 42<br>Encapsulite International<br>P.O. Box 1086<br>Rosenberg TX 77471 | | | | | | | $ 123.41 |
| Account No:<br>Creditor # : 43<br>Exxon Card Services<br>P.O. Box 4559<br>Carol Stream IL 60197-4272 | | | | | | | $ 3,274.45 |
| Account No:<br>Creditor # : 44<br>Federal Graphics<br>40 Lowell Road<br>Unit 8<br>Salem NH 03079 | | | | | | | $ 1,567.67 |
| Account No:<br>Creditor # : 45<br>Ford Motor Credit Company<br>P.O. Box 94380 JK<br>Palatine IL 60094-4380 | | | | | | | $ 3,637.27 |
| Account No:<br>Creditor # : 46<br>Foster Manufacturing Co.<br>905 Louis Drive<br>Warminster PA 18974 | | | | | | | $ 501.15 |

Sheet No. _7_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    73,403.95
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re DM Products Company, Inc. _____ / Debtor    Case No. 04-14939-CJK
                                                                   (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code tor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 47 Fowler's Express, Inc. P.O. Box 349 South Easton MA 02375 | | | | | | $ 791.92 |
| Account No: Creditor # : 48 Francotyp-Postalia, Inc. P.O. Box 4272 Carol Stream IL 60197-4272 | | | | | | $ 127.58 |
| Account No: Creditor # : 49 Frank Walsh Landscaping 15 Washington Street East Bridgewater MA 02333 | | | | | | $ 646.00 |
| Account No: Creditor # : 50 Fuji Hunt Photographic Chem. Attn: Terry Ext. 32 40 Boroline Road Allendale NJ 07401 | | | | | | $ 3,163.20 |
| Account No: Creditor # : 51 Global Exchange Services P.O. Box 640371 Pittsburgh PA 15264-0371 | | | | | | $ 373.71 |
| Account No: Creditor # : 52 Glunz & Jensen Attn: Ginger P.O. Box 932823 Atlanta GA 31193-2823 | | | | | | $ 150.57 |

Sheet No. 8 of 25 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    5,252.98

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_
<span style="float:right">(if known)</span>

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 53<br>Graphic Services, LLC<br>403 VFW Drive<br>Rockland MA 02370 | | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 54<br>Graphline<br>Attn:  John Ext. 2209<br>P.O. Box 631974<br>Baltimore MD 21263-1974 | | | | | | | $ 90,389.64 |
| Account No:<br>Creditor # : 55<br>GTI Graphic Technology<br>Attn:  Karen<br>211 Dupont Ave, P.O. Box 3138<br>Newburgh NY 12550 | | | | | | | $ 1,416.97 |
| Account No:<br>Creditor # : 56<br>H.S. Boyd Company<br>6915 East 14th Street<br>Tulsa OK 74158 | | | | | | | $ 1,733.68 |
| Account No:<br>Creditor # : 57<br>HAR Adhesives & Coatings<br>60 South Park<br>Bedford OH 44146 | | | | | | | $ 355.34 |
| Account No:<br>Creditor # : 58<br>Harper Bros PTG<br>25 Sullivan - Unit 3<br>N. Billerica MA 01862 | | | | | | | $ 522.20 |

Sheet No. _9_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    94,417.83
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor      Case No. _04-14939-CJK___
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> Hingham Institution for Saving <br> 55 Main Street <br> Hingham MA 02043 | | | | | | | $ 4,569.09 |
| Account No: <br> Creditor # : 60 <br> I.F.D. Inc. <br> Attn:  Bill Sheridan <br> 1500 Abbey Court <br> Alpharetta GA 30004 | | | | | | | $ 8,006.04 |
| Account No: <br> Creditor # : 61 <br> IBF Corporation <br> Attn:  Nanci 3315 <br> 44 Plauderville Avenue <br> Garfield NJ 07026-0278 | | | | | | | $ 113,200.45 |
| Account No: <br> Creditor # : 62 <br> Ingram Micro <br> Attn:  716-616-4000 <br> P.O. Box 415034 <br> Boston MA 02241-5034 | | | | | | | $ 18,663.69 |
| Account No: <br> Creditor # : 63 <br> Innovation Printing Inks <br> 3475 Griffith <br> St. Laurent, QC <br>  Canada H4T 1W5 | | | | | | | $ 4,018.44 |
| Account No: <br> Creditor # : 64 <br> James Simpson Co. <br> 4 Lindsay Court <br> Chatham NJ 07928 | | | | | | | $ 0.00 |

Sheet No. _10_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  148,457.71
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re <u>DM Products Company, Inc.</u> _____ / Debtor    Case No. <u>04-14939-CJK</u>
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 65<br>Jayhawk Plastics Inc.<br>P.O. Box 4228<br>Olathe KS 66063-4228 | | | | | | | $ 430.58 |
| Account No:<br>Creditor # : 66<br>Jefferson Pilot Financial Ins.<br>P.O. Box 0821<br>Carol Stream IL 60132-0821 | | | | | | | $ 55.72 |
| Account No:<br>Creditor # : 67<br>Kevin Callanan<br>17 Accord Park Drive<br>Suite 101<br>Norwell MA 02061-1685 | | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 68<br>Kimoto USA Inc.<br>P.O. Box 281751<br>Atlanta GA 30384-1751 | | | | | | | $ 129.22 |
| Account No:<br>Creditor # : 69<br>Lamp Express USA, Inc.<br>3835 NW Boca Raton Blvd.<br>Suite 2000<br>Boca Raton FL 33431 | | | | | | | $ 360.00 |
| Account No:<br>Creditor # : 70<br>Lastra America Corp.<br>Attn: Bobbi Ext. 600<br>P.O. Box 54852<br>New Orleans LA 70154 | | | | | | | $ 66,046.00 |

Sheet No. _11_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          67,021.52
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor    Case No. _04-14939-CJK_____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 71 Latran Technologies c/o Citizens Bank #1137409433 P.O. Box 845724 Boston MA 02284-5724 | | | | | | | $ 26,743.47 |
| Account No: Creditor # : 72 Lith-O-Roll Corp. P.O. Box 5328 El Monte CA 91734 | | | | | | | $ 239.33 |
| Account No: Creditor # : 73 M.A. McDonald 379 Hingham Street Rockland MA 02370 | | | | | | | $ 1,580.00 |
| Account No: Creditor # : 74 Maple Leaf Associates Attn: Phone/Fax 276 Water Street Guilford CT 06437-3231 | | | | | | | $ 193.60 |
| Account No: Creditor # : 75 Markz Ware 1805 E. Dyer Road Suite 101 Santa Ana CA 92705 | | | | | | | $ 407.20 |
| Account No: Creditor # : 76 Marlin Leasing P.O. Box 13604 Philadelphia PA 19101-3604 | | | | | | | $ 392.11 |

Sheet No. _12_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 29,555.71 |
| Total $ (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re DM Products Company, Inc. _____ / Debtor    Case No. 04-14939-CJK
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | c o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 77<br>Martin-Yale Indust. Inc.<br>P.O. Box 663646<br>Indianapolis IN 46277-3646 | | | | | | | $ 631.00 |
| Account No:<br>Creditor # : 78<br>Mass Div of Employ & Training<br>Attn:  Chief Counsel<br>Hurley Bldg. - Govern. Center<br>Boston MA 02114 | | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 79<br>Massachusetts Electric<br>Attn:  800-322-3223<br>Processing Center<br>Woburn MA 01807-0005 | | | | | | | $ 503.55 |
| Account No:<br>Creditor # : 80<br>Maxam  Computers, Inc.<br>100 Otis Street<br>Northboro MA 01532 | | | | | | | $ 2,128.00 |
| Account No:<br>Creditor # : 81<br>Media Consulting Group<br>c/o William Fabiano<br>271 Essex Street<br>Weymouth MA 02188 | | | | | | | $ 270.00 |
| Account No:<br>Creditor # : 82<br>Micro Warehouse<br>c/o CDW<br>P.O. Box 75723<br>Chicago IL 60675-5723 | | | | | | | $ 1,492.33 |

Sheet No. 13 of 25 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    5,024.88
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor      Case No. _04-14939-CJK_
                                                                         (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 83<br>Milton Bregman Mfg. Co. Inc.<br>P.O. Box 183<br>Florham Park NJ 07932 | | | | | | | $ 36.00 |
| Account No:<br>Creditor # : 84<br>Mixmasters, Inc.<br>11 Colmer Road<br>Lynn MA 01904 | | | | | | | $ 914.64 |
| Account No:<br>Creditor # : 85<br>Mutual of Omaha<br>P.O. Box 740705<br>Group Premium & Enrollment<br>Atlanta GA 30374-0705 | | | | | | | $ 579.72 |
| Account No:<br>Creditor # : 86<br>Network Distribution<br>45 Reservoir Park Drive<br>Rockland MA 02370 | | | | | | | $ 11,286.60 |
| Account No:<br>Creditor # : 87<br>New England Business Serv<br>500 Main Street<br>Attn:  A/R<br>Groton MA 01471-0004 | | | | | | | $ 92.75 |
| Account No:<br>Creditor # : 88<br>New England Motor Freight<br>1-71 North Avenue East<br>Elizabeth NJ 07207 | | | | | | | $ 127.63 |

Sheet No. _14_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    13,037.34
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor    Case No. _04-14939-CJK___

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 89 New England Packaging 14 Perry Drive P.O. Box 540 Foxboro MA 02035 | | | | | | | $ 295.85 |
| Account No: Creditor # : 90 New Penn Motor Express 625 South 5th Avenue P.O. Box 630 Lebanon PA 17042-0630 | | | | | | | $ 104.91 |
| Account No: Creditor # : 91 Newer Ram Attn: Trina x269 P.O. Box 915076 Dallas TX 75391-5076 | | | | | | | $ 765.45 |
| Account No: Creditor # : 92 Nextel Attn: Billing 17621X Baltimore MD 21297-1621 | | | | | | | $ 1,500.78 |
| Account No: Creditor # : 93 Novatech Graphic Ind. 26A World Fair Drive Somerset NJ 08873 | | | | | | | $ 159.62 |
| Account No: Creditor # : 94 NU Arc Coompany Inc. P.O. Box 93062 Chicago IL 60673-3062 | | | | | | | $ 2,048.82 |

Sheet No. _15_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    4,875.43
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re DM Products Company, Inc. _____ / Debtor    Case No. 04-14939-CJK
                                                              (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 0.00 |
| Creditor # : 95 Office of the Attorney General Commonwealth of Massachusetts One Ashburton Place Boston MA 02108 | | | | | | |
| Account No: | | | | | | $ 1,255.86 |
| Creditor # : 96 Olec Corporation Attn: Lynn Garner 1850 E. St. Andrew Place Santa Ana CA 92705-5043 | | | | | | |
| Account No: | | | | | | $ 2,404.83 |
| Creditor # : 97 On Track Courier Attn: 781-682-9922 45 Pond Street Norwell MA 02061-1685 | | | | | | |
| Account No: | | | | | | $ 191.97 |
| Creditor # : 98 Photo Systems, Inc. Payment Center P.O. Box 711306 Cincinnati OH 45271-1306 | | | | | | |
| Account No: | | | | | | $ 6,397.03 |
| Creditor # : 99 PIC Graphic Products, LTD 926 Newark Avenue 4th Floor Jersey City NJ 07306 | | | | | | |
| Account No: | | | | | | $ 13,061.83 |
| Creditor # : 100 Precision Lithograining P.O. Box 293 Brattleboro VT 05302-0293 | | | | | | |

Sheet No. 16 of 25 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    23,311.52
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor   Case No. _04-14939-CJK_
                                                                    (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 101 Presstek, Inc. Attn:  Pat Ext 3609 P.O. Box 845716 Boston MA 02284-5716 | | | | | | | $ 22,797.51 |
| Account No: Creditor # : 102 Printers Research Co. 20720 Ventura Boulevard Suite 160 Woodland Hills CA 91364 | | | | | | | $ 786.79 |
| Account No: Creditor # : 103 Procam Controls, Inc. 2605 Technology Drive Suite 300 Plano TX 75074 | | | | | | | $ 252.07 |
| Account No: Creditor # : 104 Process Solutions Inc. Attn:   Carl Mappin 198-202 Benton Drive East Longmeadow MA 01028 | | | | | | | $ 3,619.14 |
| Account No: Creditor # : 105 Rampart Associates Attn:  John Hyde napl 2 Corporate Drive Trumbull CT 06611 | | | | | | | $ 10,000.00 |
| Account No: Creditor # : 106 Recognition Systems, Inc. Attn:  800 777-4368 30 Harbor Park Drive Port Washington NY 11050 | | | | | | | $ 96,159.62 |

Sheet No. _17_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   133,615.13
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re *DM Products Company, Inc.* _____ / Debtor    Case No. *04-14939-CJK*

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 1,846.52 |
| Creditor # : 107 Rogers Corporation P.O. Box 70304 Chicago IL 60673-0304 | | | | | | | |
| Account No: | | | | | | | $ 2,527.56 |
| Creditor # : 108 Rogersol, Inc. Attn: Donna A/P 1404 Paysphere Circle Chicago IL 60674 | | | | | | | |
| Account No: | | | | | | | $ 953.20 |
| Creditor # : 109 Ron Ellis Consulting LLC 67 Dumbarton Oaks Stratham NH 03885 | | | | | | | |
| Account No: | | | | | | | $ 47,147.48 |
| Creditor # : 110 Ross Graphics Products Attn: Bob Ross 10220 Brecksbille Road BrECKSBILLE OH 44141 | | | | | | | |
| Account No: | | | | | | | $ 535.38 |
| Creditor # : 111 Royse Manufacturing Co. P.O. Box 612052 Dallas TX 75261-2052 | | | | | | | |
| Account No: | | | | | | | $ 445.84 |
| Creditor # : 112 RPC Packaging Supply, Inc. 45 Independence Drive Myles Standish Ind'l Park Taunton MA 02780 | | | | | | | |

Sheet No. _18_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 53,455.98
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 113 <br> Rycoline Product <br> 2676 Paysphere Circle <br> Chicago IL 60674 | | | | | | | $ 105.74 |
| Account No: <br> Creditor # : 114 <br> Scott's Lawn Service <br> P.O. Box 742585 <br> Cincinnati OH 45274-2585 | | | | | | | $ 106.50 |
| Account No: <br> Creditor # : 115 <br> Screen USA <br> P.O. Box 3235 <br> Church Street Station <br> New York NY 10008-3235 | | | | | | | $ 5,663.69 |
| Account No: <br> Creditor # : 116 <br> Secretary of the Tresury <br> IRS Division <br> 15 and Hamilton Security Booth <br> Washington DC 20224 | | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 117 <br> Sherwin Williams Company <br> P.O. Box 198050 <br> Atlanta GA 30384-8050 | | | | | | | $ 1,020.55 |
| Account No: <br> Creditor # : 118 <br> Solutek Corporation <br> Attn:  Jim Ext. 10 <br> 94 Shirley Street <br> Boston MA 02119 | | | | | | | $ 12,152.29 |

Sheet No. _19_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   19,048.77
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 119<br>Source 4<br>1053 Turnpike Street<br>Stoughton MA 02072 | | | | | | | $ 2,794.50 |
| Account No:<br>Creditor # : 120<br>Sprayway Inc.<br>Attn:  Shiela Ext. 440<br>P.O. Box 87916<br>Carol Stream IL 60188 | | | | | | | $ 391.15 |
| Account No:<br>Creditor # : 121<br>Sullivan Tire Company<br>P.O. Box 370<br>Rockland MA 02370 | | | | | | | $ 517.44 |
| Account No:<br>Creditor # : 122<br>Sun Graphic Inc.<br>135 S. Lasalle<br>Dept. 3281<br>Chicago IL 60674-3281 | | | | | | | $ 194.32 |
| Account No:<br>Creditor # : 123<br>Sweeney Transportation<br>Attn:  Sue Ext. 229<br>2073 Westover Road<br>Chicopee MA 01022 | | | | | | | $ 619.51 |
| Account No:<br>Creditor # : 124<br>Taconic Wire Products<br>250 Totoket Road<br>North Branford CT 06471 | | | | | | | $ 532.93 |

Sheet No. _20_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    5,049.85

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor        Case No. _04-14939-CJK___

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 125 _TBJ Graphic Arts Supply_ _P.O. Box 849_ _Coventry RI 02816-0849_ | | | | | | | $ 1,089.71 |
| **Account No:** Creditor # : 126 _Tekgraf Inc._ _Attn:  Martin Ext. 205_ _P.O. Box 7785_ _Columbia SC 29202-7785_ | | | | | | | $ 33,114.03 |
| **Account No:** Creditor # : 127 _Term Air Express_ _P.O. Box 972603_ _Dallas TX 75397-2603_ | | | | | | | $ 1,029.10 |
| **Account No:** Creditor # : 128 _The Cartolith Group_ _Attn:  Dawn_ _3210 SW 14th Place_ _Boynton Beach FL 33426-9887_ | | | | | | | $ 14,038.86 |
| **Account No:** Creditor # : 129 _The Cronite Company_ _P.O. Box 6330_ _Parsippany NJ 07054_ | | | | | | | $ 92.78 |
| **Account No:** Creditor # : 130 _The Cronite Company Inc._ _P.O. Box 6330_ _120 E. Halsey Road_ _Parsippany NJ 07054_ | | | | | | | $ 0.00 |

Sheet No. _21_ of _25_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $      49,364.48
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 257.35 |
| Creditor # : 131 Thermoprint P.O. Box 1223 Canonsburg PA 15317-4223 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 132 Tower Products, Inc. 2703 Freemansburg Avenue Easton PA 18045 | | | | | | | |
| Account No: | | | | | | | $ 573.92 |
| Creditor # : 133 Traco Manufacturing P.O. Box 1065 Orem UT 84059 | | | | | | | |
| Account No: | | | | | | | $ 2,609.78 |
| Creditor # : 134 Travelers CL Remittance Center Hartford CT 01683-1008 | | | | | | | |
| Account No: | | | | | | | $ 12,997.05 |
| Creditor # : 135 Tripp Company Attn: Donna Ext. 619 6 Brooks Drive Braintree MA 02184 | | | | | | | |
| Account No: | | | | | | | $ 9,927.16 |
| Creditor # : 136 United Parcel Service Attn: Joe Morgan P.O. Box 7247-0244 Philadelphia PA 19170-0001 | | | | | | | |

Sheet No. _22_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     26,365.26
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_
                                                              (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 137 United States Attorney United States Courthouse One Courthouse Way, Ste. 9200 Boston MA 02210 | | | | | | | $ 0.00 |
| Account No: Creditor # : 138 United States Trustee 472 Thomas O'Neill Fed. Bldg. 10 Causeway Street Boston MA 02222-1043 | | | | | | | $ 0.00 |
| Account No: Creditor # : 139 USF Red Star, Inc. Attn:  Ext 242 P.O. Box 827803 Philadelphia PA 19182-7803 | | | | | | | $ 1,267.69 |
| Account No: Creditor # : 140 Van Son/Holland Ink Corp. Attn:  Tricia Ext. 113 P.O. Box 9006 Central Islip NY 11722 | | | | | | | $ 22,534.27 |
| Account No: Creditor # : 141 Varn Products Attn:  Stacy Flores P.O. Box 828730 Philadelphia PA 19182-8563 | | | | | | | $ 8,816.41 |
| Account No: Creditor # : 142 Vastech Attn:  Cheryl P.O. Box 159 No. Salem NH 03073 | | | | | | | $ 6,207.50 |

Sheet No. _23_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   38,825.87
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._ _____ / Debtor    Case No. _04-14939-CJK_
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 143*<br>*Verizon*<br>*P.O. Box 489*<br>*Newark NJ 07101* | | | | | | | $ 305.57 |
| Account No:<br>*Creditor # : 144*<br>*W.B. Mason Company, Inc.*<br>*59 Centre Street*<br>*Brockton MA 02403* | | | | | | | $ 1,590.08 |
| Account No:<br>*Creditor # : 145*<br>*William Rudow Co.*<br>*Attn: Susan*<br>*P.O. Box 2300*<br>*Sarasota FL 34230* | | | | | | | $ 50.45 |
| Account No:<br>*Creditor # : 146*<br>*Worldnet Retail*<br>*P.O. Box 690315*<br>*Quincy MA 02269* | | | | | | | $ 179.70 |
| Account No:<br>*Creditor # : 147*<br>*Xante Corp. - Mobile*<br>*Attn: Serena Ext. 4628*<br>*P.O. Box 16526*<br>*Mobile AL 36616-0526* | | | | | | | $ 7,553.60 |
| Account No:<br>*Creditor # : 148*<br>*X-Rite Company*<br>*Attn: Pat Byrne X2251*<br>*P.O. Box 633354*<br>*Cincinnati OH 45263-3354* | | | | | | | $ 2,338.16 |

Sheet No. _24_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    12,017.56
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor    Case No. _04-14939-CJK_____
                                                                                    (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code<br>debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H—Husband<br>W—Wife<br>J—Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>*Creditor # : 149*<br>*Zurich North America*<br>*135 S. Lasalle Street*<br>*Dept. 8712*<br>*Chicago IL 60674-8712* | | | | | | $ 898.92 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _25_ of _25_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 898.92 |
| Total $<br>(Report total also on Summary of Schedules) | 1,133,371.45 |

FORM B6G (10/89) West Group, Rochester, NY

In re *DM Products Company, Inc.* _____ / Debtor        Case No. *04-14939-CJK* _____
                                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Davidson Family Trust*<br>*308 Hingham St*<br>*Rockland MA   02370* | Contract Type:*Non-residential lease * *<br>Terms: *Monthly rent of $4,736.91, plus triple net obligs*<br>Beginning date:*5/23/1998*<br>Debtor's Interest: *Lessee*<br>Description: *Lease of office and warehouse space*<br><br>Buyout Option:*None* |
| *Marlin Leasing*<br>*P.O. Box 13604*<br>*Philadelphia PA    19101-3604* | Contract Type:*Equipment Lease*<br>Terms:<br>Beginning date:<br>Debtor's Interest: *Lessee*<br>Description: *Lease of copier machine*<br><br>Buyout Option:*None* |

FORM B6H (6/90) West Group, Rochester, NY

In re _DM Products Company, Inc._____ / Debtor      Case No. _04-14939-CJK_____

                                                                                          (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Beatriz E. Davidson<br>151 Longwater Drive<br>Hanover MA   02339 | Business Alliance Capital Corp<br>Attn:  Larry Kamin, V.P.<br>214 Carnegie Center, Ste. 202<br>Princeton NJ   08540 |
| Robert H. Davidson<br>151 Longwater Drive<br>Hanover MA   02339 | Business Alliance Capital Corp<br>Attn:  Larry Kamin, V.P.<br>214 Carnegie Center, Ste. 202<br>Princeton NJ   08540 |

FORM B6 (6/90) West Group, Rochester, NY

In re _DM Products Company, Inc.,_ _____ / Debtor   Case No. _04-14939-CJK_
                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Robert Davidson_ _____, _President_ _____ of the _Corporation_ _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   _39_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _7/27/04_ _____         Signature _____

                                        Name: _Robert Davidson_
                                        Title:  _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]